IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA LOWE**                                                                                       **PLAINTIFF**
**#8862**

v.                          **CASE NO. 4:23-CV-00403-BSM**

**ERIC HIGGIN** *et al.*,                                                       **DEFENDANTS**

## ORDER

Having carefully reviewed the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 4] is adopted and this case is dismissed without prejudice for lack of prosecution. *See* Local Rule 5.5(c)(2).

IT IS SO ORDERED this 14th day of July, 2023.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE