IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA LOWE** **PLAINTIFF**
**#8862**

v.                              CASE NO. 4:23-CV-00403-BSM

**ERIC HIGGIN** *et al.*,                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE